

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Edward.G.Veronda@usdoj.gov
*Attorneys for the United States*

**FILED**

AUG - 2 2022

**U.S. MAGISTRATE JUDGE**

BY_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

VERMON KRIS TURNER,
RAYSHAWN LEON TINNER,
EBONI MARKESHA TINNER,

    Defendants.

Case No: 2:22-MJ- 600 -VCF

### GOVERNMENT'S APPLICATION REQUESTING
### SEALING OF COMPLAINT

COMES NOW the United States of America, by and through Jason M. Frierson, United States Attorney, and EDWARD G. VERONDA, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint, together with the Court's Order, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation. The Government submits that disclosure of the information might possibly jeopardize the arrest of these three defendants mentioned in the complaint, and pose danger to the law

1 | enforcement that will arrest these three defendants. The Government submits that its right
2 | to secrecy far outweighs the public's right to know.

DATED this 2nd day of August, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*Edward G. Veronda*
EDWARD G. VERONDA
Assistant United States Attorney

**FILED**
AUG -2 2022
U.S. MAGISTRATE JUDGE
BY_____

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA )
)
    Plaintiff, )
)
vs. ) Case No 2:22-MJ- 600 -VCF
)
VERMON KRIS TURNER, )
RAYSHAWN LEON TINNER, )
EBONI MARKESHA TINNER, )
)
    Defendants. )
_____)

## SEALING ORDER

Based on the pending Application of the Government, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Complaint, together with the Court's Order, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

DATED this 2nd day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE