# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RAYSHAWN TINNER,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00178-CDS-NJK<br><br>**Order**<br><br>[Docket No. 46] |

Pending before the Court is Defendant's motion to file under seal. Docket No. 46. As the motion itself acknowledges, "Pursuant to LR [IA] 10-5, a party seeking to file a document under seal *must file the document* with an accompanying motion for leave to file the document under seal." Docket No. 46 at 2 (emphasis added). Nonetheless, Defendant has not actually filed the subject document under seal so that it can be reviewed in addressing the sealing standards.[1] Accordingly, the motion to seal is DENIED without prejudice.

IT IS SO ORDERED.

DATED: September 27, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant was detained by United States Magistrate Judge Daniel J. Albregts. Docket No. 11. Defendant's motion refers to Judge Albregts as the "Magistrate Court." Docket No. 46 at 2. There is no such thing. United States Magistrate Judges sit in their respective United States District Court.