# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>vs.<br><br>VERMON KRIS TURNER,<br>RAYSHAWN LEON TINNER,<br>EBONI TINNER.<br><br>                            Defendants. | CASE NO. 2:22-CR-00178-CDS-NJK<br><br>[Docket No. 68] |

# **ORDER**

IT IS HEREBY ORDERED that Defendant Vermon Turner's Unopposed Motion for a Pre-Plea Presentence Investigation Report is GRANTED.

IT IS FURTHER ORDERED that the United States Probation Office shall prepare ~~and provide to the Court by no later than _____, 2023,~~ a Pre-Plea Presentence Investigation Report for Defendant Vermon Turner's criminal history only.

Dated this 11th day of July, 2023.

_____
Nancy J. Koppe
United States Magistrate Judge