# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VERMON TURNER,<br><br>    Defendant. | Case No. 2:22-cr-00178-CDS-NJK<br><br>**Order**<br><br>[Docket No. 71] |

Pending before the Court is Defendant's motion to dismiss counsel. Docket No. 71. The Court hereby **SETS** that motion for a hearing at 10:00 a.m. on July 24, 2023, in Courtroom 3C. Both counsel and Defendant must be present at the hearing.

IT IS SO ORDERED.

DATED: July 17, 2023

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE