# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VERMON TURNER,

    Defendant.

Case No. 2:22-cr-00178-CDS-NJK

**ORDER**

[Docket Nos. 85, 87]

On October 19, 2023, Defendant Vermon Turner filed his second motion asking the Court to dismiss his counsel Paola M. Armeni due to alleged Sixth Amendment violations. Docket No. 85. Defendant now submits that he wants to withdraw the motion to dismiss his counsel because the "challenges/issues stated therein [have] been rectified" with his counsel. *See* Docket No. 87.

The Court **GRANTS** Defendant's motion to withdraw. Docket No. 87. Defendant's motion for appointment of counsel, Docket No. 85, is **WITHDRAWN** and the hearing set for October 30, 2023, at 10:00 a.m., is **VACATED**.

IT IS SO ORDERED.

Dated: October 27, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1