# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00178-CDS-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 89] |
| VERMON TURNER, | |
| Defendant. | |

Pending before the Court is the motion to withdraw as counsel for Defendant Vermon Turner, filed by attorney Paola Armeni. Docket No. 89. The Court hereby **SETS** that motion for a hearing at 10:00 a.m. on November 21, 2023, in Courtroom 3C. Both counsel and Defendant must be present at the hearing.

IT IS SO ORDERED.

DATED: November 16, 2023

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE