# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 2:22-cr-00178-CDS-NJK |
| vs. | ORDER |
| VERMON KRIS TURNER, RAYSHAWN LEON TINNER, EBONI MARKESHA TINNER, | (Docket Nos. 100, 101) |
| Defendants. | |

Pending before the Court is a stipulation for protective order, Docket No. 100, and the Government's amended motion for protective order, Docket No. 101. The Court previously set a hearing. *See* Docket No. 99. The hearing is hereby **ADVANCED** to 4:00 p.m. today, March 27, 2024, in Courtroom 3C.

IT IS SO ORDERED.

DATED: March 27, 2024.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE